|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | UNITED STATES DISTRICT COURT | |
| 9 | SOUTHERN DISTRICT OF CALIFORNIA | |
| 10 | | |
| 11 | FIDELITY NATIONAL FINANCIAL, INC.; CHICAGO TITLE INSURANCE COMPANY; AND CHICAGO TITLE COMPANY, | CASE NO. 3:09-cv-00140 DMS (CABx) |
| 12 | | [Removed From Los Angeles County Superior Court Case No. BC 398198] |
| 13 | Plaintiffs, | Judge:     Honorable Judge Dana M. Sabraw |
| 14 | v. | Courtroom:  10 |
| 15 | NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; ACE AMERICAN INSURANCE COMPANY; FEDERAL INSURANCE COMPANY; GREAT AMERICAN INSURANCE COMPANY; AND ST. PAUL FIRE AND MARINE INSURANCE COMPANY; AND DOES 1 THROUGH 25, INCLUSIVE, | **ORDER RE JOINT MOTION TO VACATE PRE-TRIAL AND TRIAL DATES PENDING LIFTING OF STAY** |
| | Defendants. | |

Upon consideration of the parties' Joint Motion to Vacate Pre-Trial and Trial Dates Pending Lifting of Stay, and good cause having been shown, IT IS HEREBY ORDERED that the motion shall be granted as follows.

1.     All pending pre-trial and trial deadlines and/or dates scheduled in this case are hereby vacated until the stay (which has been imposed until the Underlying Action is tried to verdict or all of the claims consolidated therein are otherwise settled or disposed of) is ordered

1  lifted, except that Plaintiffs' Motion to Dismiss Federal Insurance Company Without Prejudice
2  (Docket # 129) is not stayed; and
3      2.    Plaintiffs' counsel shall notify the Court and defense counsel within 7 days of (1)
4  the date that the Underlying Action is either tried to verdict, (2) all of the claims consolidated
5  therein are otherwise settled between Chicago Title and all of the plaintiffs in the Underlying
6  Action or (3) any further continuance of the January 29, 2010 trial date of the Underlying
7  Action. Plaintiffs shall request in such notice that the Court set a case management conference,
8  to confer and schedule new dates and deadlines.

10 DATED: December 11, 2009

11                                  Hon. Dana M. Sabraw
                                 Judge of the United States District Court