# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIDELITY NATIONAL FINANCIAL, INC., et al.,<br><br>   Plaintiffs,<br><br>   vs.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, et al.,<br><br>   Defendants. | CASE NO. 09cv0140 DMS (CAB)<br><br>**ORDER (1) LIFTING STAY AND (2) SCHEDULING CASE MANAGEMENT CONFERENCE** |

In light of the resolution of the underlying state court action, the Court hereby lifts the stay of this case. A Case Management Conference, pursuant to Federal Rule of Civil Procedure 16(b), shall be held on **August 13, 2010**, at **9:30 a.m.** before Magistrate Judge Cathy Ann Bencivengo. The conference shall be telephonic, with attorneys only. Counsel for Plaintiffs shall coordinate and initiate the conference call. On or before **August 10, 2010**, the parties shall submit a joint proposed schedule for any remaining fact and expert discovery, as well as proposed pretrial and trial dates.

**IT IS SO ORDERED.**

DATED: August 3, 2010

HON. DANA M. SABRAW
United States District Judge