

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

Fidelity National Financial, Inc. et al

**Plaintiff,**

V.

National Union Fire Insurance Company of Pittsburg, PA et al

**Defendant.**

FILED

9/25/2012

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY:     R. Uran , Deputy

**Civil No.** 09-cv-00140-GPC-KSC

**STRICKEN DOCUMENT:**

Order

(Per [423], this Order was sealed. See 4/9/14 for info.)

**Per Order #    423**

395