# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIDELITY NATIONAL FINANCIAL, INC., CHICAGO TITLE INSURANCE CO., and CHICAGO TITLE CO.,<br><br>Plaintiffs,<br>vs.<br>NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURG, PA,<br><br>Defendant. | CASE NO. 09-CV-140-GPC-KSC<br><br>ORDER FOR SUPPLEMENT BRIEF |

On September 25, 2015, the Court held a hearing on Defendant's objections to the Magistrate Judge's decision to deny leave to substitute an expert witness for Dean Felton. After discussing the matter with counsel, the Court orders the following:

(1) on or before **10:00 a.m. on Monday, September 28, 2015**, Defendant shall provide Plaintiffs and the Court with a copy of the new expert's report; and

(2) on or before **October 13, 2015**, Plaintiffs may file a supplemental brief, not to exceed fifteen pages in length.

**IT IS SO ORDERED**.

DATED: September 25, 2015

HON. GONZALO P. CURIEL
United States District Judge